v.

**UNITED STATES, Defendant–Appellee.**

No. 2014–5139.

United States Court of Appeals, Federal Circuit.

June 8, 2015.

**NESTE OIL OYJ, Appellant**

v.

**REG SYNTHETIC FUELS, LLC, Appellee.**

No. 2015–1075.

United States Court of Appeals, Federal Circuit.

June 8, 2015.

Michael J. Flibbert, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant. Also represented by Maureen Donovan Queler, Charles Thomas Collins-Chase, Megan Rose Leinen. .

Jeanne Marie Gills, Foley & Lardner LLP, Chicago, IL, argued for appellee. Also represented by Michael Robert Houston, Jason Berta.

WALLACH, CLEVENGER, and TARANTO, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**